## LAW OFFICES OF
## GARY G. BECKER, P.L.L.C.
### 40 FULTON STREET • 17th FLOOR
### NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

June 1, 2022

So Ordered.

/s/ Alvin K. Hellerstein, U.S.D.J.
6/2/2022

The Honorable Alvin K. Hellerstein
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Trayvond Banks, 22 Cr. 263 (AKH)

Dear Judge Hellerstein:

    With the consent of the government, this letter is respectfully submitted on behalf of Trayvond Banks to request that the condition of his release requiring him to secure the signatures of two financially responsible persons on his bond by May 31, 2022, be extended *nunc pro tunc* until June 10, 2022.

    Mr. Banks was arrested on the Indictment on May 3, 2022, in his home city of Cleveland, Ohio. He was thereafter presented in the district court for the Northern District of Ohio and released on a $20,000 unsecured bond signed only by him. At Mr. Banks' remote presentment in the Southern District of New York on May 17, 2022, Magistrate Judge Netburn, with the agreement of the parties, modified the bond to require, *inter alia,* that up to two financially responsible persons also sign on to the bond, and do so by May 31, 2022. We have identified for the government the two proposed signers, but because they still need to be interviewed and approved, they have not yet signed the bond. As the parties anticipate that the interviews, transmission of the paperwork to the Northern District of Ohio and securing of the required signatures can be completed by June 10, 2022, we respectfully request that the Court extend Mr. Banks' time to satisfy this condition until then.

Respectfully submitted,

*Gary G. Becker*
Gary G. Becker

cc: Ni Qian, AUSA (by ECF)