UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA,

           -  against –

Transportation Order
22 Cr. 263 (AKH)

TRAYVOND BANKS,

          Defendant.
-------------------------------------------------------

Upon the application of Trayvond Banks, by his counsel, Gary G. Becker, Esq.,

pursuant to 18 U.S.C. §4285, and upon a finding of indigence and in the interests of justice, it

is hereby

**ORDERED,** that the United States Marshal's Service shall arrange for the

noncustodial, one-way transportation of Trayvond Banks from LaGuardia Airport (LGA) to

the Cleveland Hopkins International Airport (CLE) following his appearance June 9, 2022, at

2:15 p.m. in the above-captioned proceedings.

**ORDERED**, that Mr. Banks be booked on a flight scheduled to depart LGA on June

9, 2022, at 5:30 p.m., or later, and

**ORDERED**, that the cost of such transportation shall be paid by the United States

Marshal's Service out of funds authorized by the Attorney General for such purposes.

Dated:  New York, NY
       June **2**, 2022

                         SO ORDERED:

                         HONORABLE ALVIN K. HELLERSTEIN
                         Senior United States District Judge