UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES                                        :
                                                     :
                                                     :      **ORDER**
           -against-                                 :
                                                     :      22 Cr. 263 (AKH)
TRAYVOND BANKS,                                      :
                                                     :
                  Defendant.                         :
                                                     :
                                                     :
                                                     :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Currently, ECF No. 7 is marked as open. However, that letter motion was resolved by ECF Nos. 10 and 11. Accordingly, the Clerk shall terminate ECF No. 7.

        SO ORDERED.

Dated:    June 3, 2022                      ___/s/ Alvin K. Hellerstein_____
            New York, New York           ALVIN K. HELLERSTEIN
                                                     United States District Judge