LAW OFFICES OF
# GARY G. BECKER, P.L.L.C.
40 FULTON STREET • 17th FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

July 18, 2022

The Honorable Alvin K. Hellerstein
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The conf. is adjourned and time is excluded until 9/7/22 at 10:00 a.m.; in the interest of justice.
/s/Alvin K. Hellerstein, U.S.D.J.
7/19/22

    *Re:  United States v. Trayvond Banks, 22 Cr. 263 (AKH)*

Dear Judge Hellerstein:

    The Court has scheduled the next pre-trial conference in this matter for July 19, 2022, at 9:30 a.m.  With the consent of the government, I respectfully request that the conference be adjourned to a new date on or after September 7, 2022.  The government has produced discovery and the adjournment will facilitate my ability to review and discuss it with Mr. Banks, who is a resident of Cleveland, Ohio.  It will also afford the parties time to discuss a possible pre-trial disposition.    Should the Court grant this request, I consent to an exclusion of time under the Speedy Trial Act until the new, adjourned date.

                                                                       Respectfully submitted,

                                                                       *Gary G. Becker*

                                                                       Gary G. Becker

cc:  Ni Qian, AUSA (by ECF)