LAW OFFICES OF
# GARY G. BECKER, P.L.L.C.
40 FULTON STREET • 17th FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

October 3, 2022

The Honorable Alvin K. Hellerstein
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Conf is adjourned and time is excluded until Dec 20, 2022 at 11:00 a.m.; in the interest of justice.*

Re: **United States v. Trayvond Banks, 22 Cr. 263 (AKH)**

*/s/ A. K. Hellerstein*
*10/4/2022*

Dear Judge Hellerstein:

On behalf of Trayvond Banks, I respectfully submit this letter jointly with the government to request that the next pre-trial conference in this matter, currently scheduled for October 7, 2022, be adjourned to a date convenient to the Court on or after December 15, 2022. The parties anticipate a need to confer and exchange a considerable amount of information going forward, a process that will likely be protracted, particularly given that Mr. Banks is a resident of Cleveland, Ohio. Should the Court grant this request, I consent to an exclusion of time under the Speedy Trial Act until the new, adjourned date.

Respectfully submitted,

*Gary G. Becker*

Gary G. Becker

cc: Ni Qian, AUSA (by ECF)