LAW OFFICES OF
## GARY  G.  BECKER,  P.L.L.C.
40 FULTON STREET • 17th FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

November 10, 2022

*To ordered*
*12. 13. 22*
*[signature]*

The Honorable Alvin K. Hellerstein
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Trayvond Banks, 22 Cr. 263 (AKH)*

Dear Judge Hellerstein:

On behalf of Trayvond Banks, I respectfully request that the Court modify the conditions of his pre-trial release by eliminating the requirement that Mr. Banks wear a GPS ankle monitor.  I make this application at the suggestion of the Pre-Trial Services Officer who is supervising Mr. Banks in his home city of Cleveland, Ohio.  Mr. Banks' compliance with all the condition of his bond since his arrest in May has been flawless. In an email to me last month, United States Pre-Trial Services Officer Kristine Lorentz, wrote as follows:

Good afternoon,

I currently supervise Mr. Banks in Cleveland, Ohio. He is doing very well, employed, and supporting his children. He has had no positive drug tests and has had no instances of noncompliance while on Location Monitoring.

I am asking if you would consider asking the Judge to remove the Location Monitoring condition of his bond at his next pretrial....

My cell number is ██████████ if you have any questions.

Thank you,
Kristine Lorentz

I have conferred with Assistant United States Attorney Ni Quan about this application and on behalf of the government she defers to the position of Pre-Trial Services.  Accordingly, I respectfully request that the Court eliminate the GPS location monitoring condition of Mr. Banks' release.

LAW OFFICES OF
GARY G. BECKER, P.L.L.C

Respectfully submitted,

*Gary G. Becker*

Gary G. Becker

cc:  Ni Qian, AUSA (by ECF)