**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2022

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*So ordered*
*12/15/22*
*Alvin K. Hellerstein*

**Re:** *United States v. Trayvond Banks*, 22-263 (AKH)

Dear Judge Hellerstein:

The Government respectfully submits this letter to request, jointly with defense counsel, a 45-day adjournment of the status conference scheduled for December 20, 2022. The parties are currently engaged in discussions regarding a pretrial disposition, and additional time is needed for the parties to potentially reach a resolution in this case.

Should the Court grant this request, the parties also request that the time be excluded under the Speedy Trial Act between December 20, 2022, and the next scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Ni Qian
Assistant United States Attorney
(212) 637-2364

cc: Gary Becker, Esq.