UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA           :
                                   :
                                   :   **SCHEDULING ORDER**
     -against-                     :
                                   :   22 Cr. 263 (AKH)
                                   :
                                   :
TRAYVOND BANKS,                    :
                                   :
                      Defendant.   :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The conference scheduled for December 20, 2022, is adjourned to February 8, 2023, at 10 a.m.

      No later than February 1, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      Finally, time is excluded, in the interest of justice, until February 8, 2023, at 10 a.m.

      SO ORDERED.

Dated:    December 15, 2022           __/s/ Alvin K. Hellerstein____
            New York, New York          ALVIN K. HELLERSTEIN
                                               United States District Judge