

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2023

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The conference is adjourned, and time is excluded, until September 19, 2023 at 10:15am.

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
July 31, 2023

Re:   *United States v. Trayvond Banks*, 22-263 (AKH)

Dear Judge Hellerstein:

The Government respectfully submits this letter on behalf of defense counsel to request, with the Government's consent, a 30-day adjournment of the status conference scheduled for August 1, 2023. DThe parties have been engaged in productive discussions regarding a pretrial disposition and are close to a resolution. It is our expectation that we will be able to resolve this case in the next 30 days.

Should the Court grant this request, the parties also request that the time be excluded under the Speedy Trial Act between August 1, 2023 and the next scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
Ni Qian
Assistant United States Attorney
(212) 637-2364

cc:  Gary Becker, Esq.