**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2023

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Conf is adjourned and time is excluded until Oct 25 2023 @ 9:30 a.m.; in the interest of justice.*

*Alvin K. Hellerstein*
*9/18/2023*

X

Re:   *United States v. Trayvond Banks*, 22-263 (AKH)

Dear Judge Hellerstein:

The Government respectfully submits this letter, with consent of defense counsel, to request a 30-day adjournment of the status conference scheduled for September 19, 2023. The Government recently extended a written plea offer to the defendant. The parties believe that we are close to a pretrial resolution, and we will be likely be able to convert the next status conference to a plea conference.

Should the Court grant this request, the parties also request that the time be excluded under the Speedy Trial Act between September 19, 2023 and the next scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   ___/s/_____
Ni Qian
Assistant United States Attorney
(212) 637-2364

cc:  Gary Becker, Esq.