UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                                       **ORDER**

       -against-                           22 Cr. 263 (AKH)

TRAYVOND BANKS,

                 Defendant.

-------------------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The time of the conference scheduled for October 25, 2023 is changed to 2:20 p.m. The Court is advised that the Defendant is a resident of Ohio and is indigent. It is anticipated that the Defendant will offer to change his previously entered plea of not guilty that day. Accordingly, it is in Defendant's interest to appear, and the Court's and public's interest that he appears, for the conference and possible plea allocution. An appearance for a Rule 11 allocation is required to be in person. *See* Fed. R. Crim. P. 11(b)(1), (2) (requiring the court to "address the defendant personally in open court"). Accordingly, it is hereby

        **ORDERED** that, pursuant to 18 U.S.C. 4285, the United States Marshal's Service shall arrange and pay for noncustodial transport, via commercial economy-class, one-way ticket for Defendant to fly from Cleveland International Airport to LaGuardia Airport on October 25, 2023 in advance of the conference that day at 2:20 p.m.; and it is further

        **ORDERED** that the coach cost of the return trip be advanced by Defendant's CJA-appointed counsel, Gary Becker. Such expense is reasonable and necessary to avoid prejudice to Defendant, and to permit the Court to conduct an authorized Rule 11 allocution. Reimbursement of expenses in this situation is authorized by 18 U.S.C. § 3006A(e).

Accordingly, Mr. Becker shall advance payment for Defendant's same-day return airfare, and shall submit a voucher for reimbursement.

SO ORDERED:

Dated:     October __, 2023
              New York, New York

                                                        ALVIN K. HELLERSTEIN
                                                        United States District Judge