LAW OFFICES OF

# GARY G. BECKER, P.L.L.C.

### 40 FULTON STREET • 17th FLOOR
### NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

March 20, 2024

The Honorable Alvin K. Hellerstein
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Mr. Banks's sentencing will
proceed on July 9, 2024 at 10
a.m in Courtroom 14D.

SO ORDERED

*Re:  United States v. Trayvond Banks, 22 Cr. 263 (AKH)*

/s/ Alvin K. Hellerstein
U.S.D.J.
March 20, 2024

Dear Judge Hellerstein:

      This letter is respectfully submitted on behalf of Mr. Banks to request that the Court schedule a date for sentencing in this matter.  Mr. Banks, a resident of Cleveland, Ohio, has pleaded guilty pursuant to a written agreement with the government and the Probation Department's presentence investigation is underway. Mr. Banks and I would be prepared and available to go forward with sentencing on or after June 17, 2024, although I understand from your Honor's law clerk that the Court will be engaged in trial for the month of June and that a sentencing date during the week of July 8, 2024, would be more convenient for the Court.  The week of July 8th is also convenient for me as well as Mr. Banks.  I have conferred with Assistant United States Attorney Quan Ni and she advises that the proposed dates for sentencing are agreeable to the government.

Respectfully submitted,

*Gary G. Becker*

Gary G. Becker

cc:  Ni Qian, AUSA (by ECF)