**LAW OFFICES OF**
**GARY G. BECKER, P.L.L.C.**
40 FULTON STREET • 17th FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

June 18, 2024

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Trayvond Banks, 22 Cr. 263 (WKH)*

Dear Judge Hellerstein:

    The Court has scheduled sentencing in this matter for July 9, 2024, at 10 a.m. For the reasons that follow, I respectfully request that the time of the sentencing be moved to the early afternoon of July 9, 2024, or to a date thereafter at which the Court is available in the afternoon.

    As Mr. Banks is indigent and resides in Ohio, I will be submitting a proposed Court order directing, *inter alia*, that the Marshal's Service arrange and pay for Mr. Banks's transportation to New York. However, given the travel time involved and past experience, I believe it would be unrealistic to expect that Mr. Banks could leave his home on the morning of July 9th and make it to the courthouse in time for a 10 a.m. appearance. Accordingly, I request that the sentencing be rescheduled for the early afternoon, either on July 9, 2024, or thereafter.

Respectfully submitted,

*Gary Becker*
Gary G. Becker

cc: Ni Qian, AUSA

*[Handwritten note:]* Sentencing is adjourned until July 15, 2024 at 12:30 p.m.
X *[signature]* 6/21/2024