UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

UNITED STATES OF AMERICA,

      -  against –

                                     TRANSPORTATION ORDER
                                     22 Cr. 263 (AKH)

TRAYVOND BANKS,

          Defendant.
--------------------------------------------------------

Upon the application of Trayvond Banks, by his counsel, Gary G. Becker, Esq., pursuant to 18 U.S.C. §4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED,** that the United States Marshal's Service shall arrange for the noncustodial transportation of Trayvond Banks from the Cleveland Hopkins International Airport (CLE) to LaGuardia Airport (LGA), on the morning of July 15, 2024, for his appearance before this Court that day at 12:30 p.m. in the above-captioned proceedings.

**ORDERED**, that the cost of such transportation shall be paid by the United States Marshal's Service out of funds authorized by the Attorney General for such purposes.

Dated:  New York, NY
      July 10 2024

                                  SO ORDERED:

                                  HONORABLE ALVIN K. HELLERSTEIN
                                  United States District Judge